UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN CONNOR,

            Plaintiff,

     -against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

            Defendant.

25-CV-09641

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to issue a summons to the Guardian Life

Insurance Company of America.


**SO ORDERED.**


**Dated:** November 25, 2025

     **New York, New York**

                             **ANDREW L. CARTER, JR.**
                             **United States District Judge**