UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHON CONNOR,

          Plaintiff,

-against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

          Defendant.

**25-CV-09641**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record during today's telephonic conference, Defendant's request for leave to file a motion to dismiss is **DENIED** without prejudice. In addition, Plaintiff is **GRANTED** leave to file an amended Complaint and must do so by **February 16, 2026**. Finally, this matter is bring referred to Magistrate Judge Moses for a settlement conference. By **May 20, 2026**, the Parties shall file a joint status report updating the Court on their progress with settlement discussions.

**SO ORDERED.**

**Dated:**   **February 2, 2026**
       **New York, New York**

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**