UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN CONNOR,

              Plaintiff,

        -against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

              Defendant.

**Case No. 1:25-CV-09641**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants previously requested leave to file a motion to dismiss.  The Court denied the request, without prejudice, pending the resolution of a settlement conference between the parties.  As the settlement conference was unsuccessful, Defendants request for leave to file a motion to dismiss is now **GRANTED.**

Defendant is **ORDERED** to file a motion to dismiss by May 27, 2026.  Plaintiff's response is due July 8, 2026.  Defendant's reply, if any, is due July 22, 2026.

**SO ORDERED.**

**Dated:  May 8, 2026**
      **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**